■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD ROTH, Appellant. — Two judgments of the County Court, Nassau County (Ingraham, J.), both rendered March 19, 1982, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Mangano, Gibbons and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SCHMIDT, Appellant. — Purported appeal by defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Harrington, J.), imposed September 18, 1981. Appeal dismissed. The defendant has previously prosecuted an appeal from the instant sentence and this court affirmed (*People v Schmidt,* 87 AD2d 640). Another appeal is not permissible. Titone, J. P., Mangano, Gibbons and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY S. SOLOMON, Appellant. — Appeal by defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Santagata, J.), imposed July 23, 1982 upon his conviction of grand larceny in the third degree, after his plea of guilty, the sentence being an indeterminate term of imprisonment of one and one-third to four years. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to a term of 30 days' imprisonment and five years' probation, on condition that defendant make full restitution. The sentence of imprisonment shall be a condition of and shall run concurrently with the sentence of probation. As so modified, sentence affirmed and case remitted to the County Court, Nassau County, to fix the manner of restitution, and the terms and conditions of probation, and for further proceedings pursuant to CPL 460.50 (subd 5). Under the circumstances, the sentence as modified is more appropriate. Titone, J. P., Mangano, Gibbons and Gulotta, JJ., concur.